UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN TEJEDA-PUENTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF SACRAMENTO COUNTY, et al.,<br><br>　　　　Defendants. | No. CIV. S-14-558 LKK/DAD<br><br><br>**ORDER** |

　　On April 1, 2014, this court ordered plaintiff, who is represented by counsel, to either submit an amended application to proceed in forma pauperis ("IFP"), or to pay the required filing fee, within 30 days.  ECF No. 3.  The Clerk advises the court that plaintiff has done neither.  Accordingly, this matter is **DISMISSED** without prejudice, for failure to pay the required filing fee, and failure to submit a proper IFP application.  <u>See</u> 28 U.S.C. §§ 1914(a) (filing fee) & 1915 (IFP applications).

　　IT IS SO ORDERED.

　　DATED: May 16, 2014.

　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1